JEAN MEYER v. THE ESTATE OF RICHARD J. HOLTON.

May 28, 1980.

Petition for certification denied.

GINO'S INCORPORATED v. BOARD OF ADJUSTMENT OF THE BOROUGH OF PARAMUS.

May 28, 1980.

Petitions for certification denied.

WALTER F. BLAINE v. BOROUGH OF SEA GIRT.

May 28, 1980.

Petition for certification denied.